HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Mr. Vizcaino

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>CARLOS VIZCAINO,<br><br>TOMAS MENDOZA,<br><br>             Defendants. | Case No. 13-95 JAM<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO AUGUST 20, 2013<br><br>Date:  July 16, 2013<br>Time:  9:45 a.m.<br>Judge: Hon. John A. Mendez |

   THE PARTIES STIPULATE through their respective attorneys that the Court should vacate the status conference scheduled for July 16, 2013, at 9:45 a.m., and reset it for August 20, 2013, at 9:45 a.m.

   Counsel for the defendants require further time to review discovery, and to confer with their respective clients.  Counsel also require further time to finalize plea negotiations with the government, and confer with their respective clients about that matter.

/ / /

/ / /

/ / /

Stipulation And [Proposed] Order          1                    13-95 JAM

1     The parties further stipulate that the Court should exclude the
2 period from the date of this order through August 20, 2013, when it
3 computes the time within which the trial of the above criminal
4 prosecution must commence for purposes of the Speedy Trial Act.  The
5 parties stipulate that the ends of justice served by granting the
6 defendants' request for a continuance outweigh the best interest of the
7 public and the defendants in a speedy trial, and that this is an
8 appropriate exclusion of time for defense preparation within the
9 meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

10

11 Dated: July 12, 2013          Respectfully submitted,

12                             HEATHER E. WILLIAMS
                            Federal Defender
13
                            /s/ M.Petrik
14                             _____
                            MICHAEL PETRIK, Jr.
15                             Assistant Federal Defender
                            Attorneys for Mr. Vizcaino
16

17

18 Dated: July 12, 2013          /s/ M.Petrik for David D. Fischer

19                             _____
                            DAVID D. FISCHER
20                             Attorney for Mr. Mendoza

21 Dated: July 12, 2013          BENJAMIN B. WAGNER
                            United States Attorney
22
                            /s/ M.Petrik for Michael D. McCoy
23
                            _____
                            MICHAEL D. McCOY
24                             Assistant U.S. Attorney

25

26

27

28 Stipulation And [Proposed] Order      2                           13-95 JAM

**ORDER**

The Court orders the status conference continued to August 20, 2013, at 9:45 a.m. For the reasons stated above, the Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial. The Court orders time excluded from the date of this order through the status conference on August 20, 2013, pursuant to 18 U.S.C. § 3161(h)(7) (Local Code T4).

**IT IS SO ORDERED.**

DATED: 7/12/2013

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge