HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Mr. Vizcaino

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CARLOS VIZCAINO, ) <br> ) <br> TOMAS MENDOZA, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 13cr95 JAM <br><br> STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO SEPTEMBER 17, 2013 <br><br> Date:  August 20, 2013 <br> Time:  9:45 a.m. <br> Judge: Hon. John A. Mendez |

THE PARTIES STIPULATE through their respective attorneys that the Court should vacate the status conference scheduled for August 20, 2013, at 9:45 a.m., and reset it for September 17, 2013, at 9:45 a.m.

Counsel for the Mr. Vizcaino requires further time to conduct investigation into his state court records, and to confer with him. Counsel for Mr. Mendoza also requires further time to conduct investigation, and to confer with his client.

The parties further stipulate that the Court should exclude the period from the date of this order through September 17, 2013, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  The

parties stipulate that the ends of justice served by granting the defendants' request for a continuance outweigh the best interest of the public and the defendants in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

Dated: August 19, 2013          Respectfully submitted,

                                HEATHER E. WILLIAMS
                                Federal Defender

                                /s/ M.Petrik
                                _____
                                MICHAEL PETRIK, Jr.
                                Assistant Federal Defender
                                Attorneys for Mr. Vizcaino

Dated: August 19, 2013          /s/ M.Petrik for David D. Fischer
                                _____
                                DAVID D. FISCHER
                                Attorney for Mr. Mendoza

Dated: August 19, 2013          BENJAMIN B. WAGNER
                                United States Attorney

                                /s/ M.Petrik for Michael D. McCoy
                                _____
                                MICHAEL D. McCOY
                                Assistant U.S. Attorney

**ORDER**

The Court orders the status conference continued to September 17, 2013, at 9:45 a.m. For the reasons stated above, the Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial. The Court orders time excluded from the date of this order through the status conference on September 17, 2013, pursuant to 18 U.S.C. § 3161(h)(7) (Local Code T4).

**IT IS SO ORDERED.**

DATED:___8/19/2013                    /s/ John A. Mendez
                                      _____
                                      JOHN A. MENDEZ
                                      United States District Judge