HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Mr. Vizcaino

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 13-95 JAM |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO OCTOBER 22, 2013 AT 9:45 A.M. |
| v. | ) ) | |
| CARLOS VIZCAINO, | ) ) | Date:   September 17, 2013 Time:   9:45 a.m. |
| TOMAS MENDOZA, | ) ) | Judge:  Honorable John A. Mendez |
| Defendants. | ) | |

The parties stipulate, through respective counsel, that the Court should continue the status conference set for September 17, 2013, at 9:45 a.m., to October 22, 2013, at 9:45 a.m.

Counsel for Mr. Vizcaino requires further time to conduct investigation into Mr. Vizcaino's state court records. Counsel has yet to receive the state court records. Counsel for Mr. Mendoza requires further time to conduct investigation as well.

Counsel and the defendants agree that the Court should exclude the time from September 17, 2013, through October 22, 2013, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7), and Local Code T4.

///

///

///

///

///

Stipulation to Continue           -1-           13-95 JAM

1 | Counsel and the defendants also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

DATED: September 12, 2013                HEATHER E. WILLIAMS
                                         Federal Defender

                                         /s/ M.Petrik_____
                                         MICHAEL PETRIK, Jr.
                                         Assistant Federal Defender
                                         Attorneys for Mr. Vizcaino


DATED: September 12, 2013

                                         /s/ M.Petrik for_____
                                         DAVID D. FISCHER
                                         Attorney for Mr. Mendoza


DATED: September 12, 2013                BENJAMIN B. WAGNER
                                         United States Attorney

                                         /s/ M.Petrik for_____
                                         MICHAEL D. McCOY
                                         Assistant U.S. Attorney

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the status conference rescheduled for October 22, 2013, at 9:45 a.m. The Court orders the time from the date of the parties stipulation, up to and including October 22, 2013, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

DATED: 9/12/2013

/s/ John A. Mendez_____
HON. JOHN A. MENDEZ
United States District Court Judge